AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
November 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AB_____
DEPUTY

United States of America
v.
ROXANA ALATORRE PADILLA

Case No. SA-25-MJ-1608

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 20, 2025 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)(A) | Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine. |
| | Penalty: 10 Years to Life Imprisonment, $10 Million Fine, Min 5 Years Supervised Release, $100 Mandatory Special Assessment |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Kyle Williams*
Digitally signed by Kyle Williams
Date: 2025.11.21 09:45:36 -06'00'

*Complainant's signature*

KYLE WILLIAMS FBI-TFO

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 11/21/2025

*Judge's signature*

City and state: San Antonio, Texas          Henry J. Bemporad, US MAGISTRATE JUDGE

*Printed name and title*

**AFFIDAVIT**

I, Task Force Officer Kyle Williams, being duly sworn, state under oath that:

1. Your Affiant is a Task Force Officer assigned to the FBI – Homeland Security Task Force. Prior to my current assignment I served as a Narcotics Investigator with the Comal County Metropolitan Narcotics Task Force from 2016 till 2020 and have been a peace officer for the New Braunfels Police Department since 2009. In my work with the FBI and the Narcotics Task Force, I have participated in drug investigations and other violent crime investigations, during which, I have conducted and participated in physical and electronic surveillance, execution of search warrants, debriefings of Confidential Human Sources and Cooperating Witnesses, and reviews of recorded conversations and criminal records. Through my training, education, and experience, I have become familiar with the involvement of criminal enterprise members in violent activities, the handling of the finances of criminal enterprises, the way illegal drugs are imported and distributed, and the method of payment for such activity to avoid detection by law enforcement. My primary duty and current assignment is investigating violent gangs and drug trafficking criminal enterprises.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. On November 20, 2025, Federal Bureau of Investigation – Homeland Security Task Force members conducted a search warrant at the residence of Roxana Alatorre PADILLA, located on the 600 block of Fleming Street, San Antonio, Texas 78211. This residence is only about 200-250 yards away from Price Park and Price Elementary School (245 Price Avenue, San Antonio, Texas 78211).

4. As agents began securing the residence, PADILLA arrived at the residence in a vehicle and was detained by agents pending completion of the search warrant. During execution of the search warrant, agents found:
    a. Two large black trash bags containing multiple packages of crystalline substance that field tested positive methamphetamine, located in a shed behind the rear of PADILLA's residence. The packaging of the recovered methamphetamine was consistent with the packaging of methamphetamine previous obtained from PADILLA during controlled purchases. The total package weight of the methamphetamine was about 28.55 kilograms.
    b. Multiple individually packaged bags containing a white powder-like substance that field tested positive for cocaine, which was packaged for redistribution purposes

  and located within PADILLA's bedroom. The cocaine was less than 500 grams total package weight.

c. Approximately $4,674 in United States Currency, located in PADILLA's possession within her vehicle and within PADILLA's bedroom.

d. Three firearms and accessories, located in PADILLA's bedroom: a Beretta, 9mm pistol (S/N – BER685711) (loaded with respective ammunition), a Smith & Wesson, model M&P, 9mm pistol (S/N JRL9196) (not loaded), and a Kimber, model Super Carry Pro HD, pistol (S/N KR164253) (not loaded); and assorted loaded magazines with associated ammunition

e. Ballistic body armor, located within PADILLA's bedroom

f. A large amount of narcotic packaging items (both used and new), located positioned within PADILLA's bedroom and within the shed behind the rear of PADILA's residence. A large amount of tape, bags, and other items consistent with repackaging bulk narcotics into resale amounts for distribution efforts were located during the search.

g. Digital scales and ledgers, located in PADILLA's bedroom.

Based on the above stated evidence located during the search of PADILLA's residence, your affiant believes there is probable cause to believe that Roxana Alatorre PADILLA violated 21 U.S.C. § 841(a)(1)(A), Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine.

*Kyle Williams*
_____
KYLE WILLIAMS
Task Force Officer
Federal Bureau of Investigation

Subscribed to and sworn to before me this ___21st___ day of November 2025.

_____
HONORABLE JUDGE HENRY BEMPORAD
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS